IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:18CR107 |
| Plaintiff, | |
| vs. | **ORDER** |
| ALLEN WEBSTER, | |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss without Prejudice (Filing No. 21). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Allen Webster. The Court finds the Motion should be granted pursuant to Federal Rule of Criminal Procedure 48(a). Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss without Prejudice (Filing No. 21) is granted.

2. The Indictment (Filing No. 1) is hereby dismissed, without prejudice, as to Allen Webster.

Dated this 17th day of January 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge